THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joseph Harold Brown Jr.,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit 
 Court Judge

Unpublished Opinion No. 2003-UP-449
Submitted April 18, 2003  Filed July 1, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of the Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia;  and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Appellant Joseph Harold Brown, 
 Jr. was convicted of murder and sentenced to life in prison.  Browns counsel 
 attached to the final brief a petition to be relieved as counsel stating he 
 had reviewed the record and concluded the appeal lacked merit.  Brown did not 
 file a pro se response.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Browns appeal and 
 grant counsels petition to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.